UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-80005-CR-Ryskamp/Hopkins
8 U.S.C. §§ 1326(a) and (b)(2)

UNITED STATES OF AMERICA

vs.

WALDES CHERILUS,

        Defendant.

FILED BY __KZ__ Deputy Clerk
Jan 12, 2016
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. West Palm Beach

## INDICTMENT

The Grand Jury charges that:

On or about January 2, 2016, upon the high seas and out of the jurisdiction of any particular State or district, and elsewhere, with Palm Beach County, in the Southern District of Florida, being the district to where the offender was first brought, the defendant,

**WALDES CHERILUS,**

an alien, having previously been removed and deported from the United States on or about December 6, 2006, attempted to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his/her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
AURORA FAGAN
ASST. UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

WALDES CHERILUS,

        **Defendant.**
_____/

CASE NO. 16-80005-CR-Ryskamp/Hopkins

**CERTIFICATE OF TRIAL ATTORNEY\***

Superseding Case Information:

**Court Division**: (Select One)

____ Miami  ____ Key West
____ FTL   _X_ WPB   ____ FTP

New Defendant(s)    Yes ____    No ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect  Creole

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I    0 to 5 days      _X_
   II   6 to 10 days     ____
   III  11 to 20 days    ____
   IV   21 to 60 days    ____
   V    61 days and over ____

   (Check only one)

   Petty    ____
   Minor    ____
   Misdem.  ____
   Felony   _X_

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  Yes
   If yes:
   Magistrate Case No. 16-8002-DLB
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of 01/03/2016
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ____ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ____ Yes  _X_ No

        /s/ Aurora Fagan
        AURORA FAGAN
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 0188591

\*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **WALDES CHERILUS**

**Case No:** 16-80005-CR-Ryskamp/Hopkins

Count #: 1

Aggravated Illegal re-entry after deportation

Title 8, United States Code, Section 1326(a) and (b)(2)

\* **Max.Penalty**: 20 Years' Imprisonment, $250,000 fine, 3 years supervised release\*\*